# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **VINEYVI GARCIA** | ) JURY TRIAL DEMANDED |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **JEFFERSON CAPITAL SYSTEMS, LLC** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## COMPLAINT

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Vineyvi Garcia, an individual consumer, against Defendant, Jefferson Capital Systems, LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendant transacts business in Orlando, Florida, and the conduct complained of occurred in Orlando, Florida.

## PARTIES

3. Plaintiff, Vineyvi Garcia (hereinafter "Plaintiff") is a natural person residing in Orlando, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant Jefferson Capital Systems, LLC is a Minnesota corporation.

5. Defendant Jefferson Capital Systems, LLC is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## FACTS OF THE COMPLAINT

6. Defendant Jefferson Capital Systems, LLC (hereinafter referred to as "Defendant" or Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about March 21, 2024, Plaintiff mailed a refusal to pay letter via USPS certified mail to Defendant regarding the alleged debt owed to Verizon Wireless in the amount of $227.89.

8. Tracking # 9589071052700439643431.

9. On March 26, 2024, Plaintiff received notice from the U.S. Postal Service that her letter had been received by Defendant.

10. Despite Plaintiff's clear refusal to pay and in an attempt to intimidate, harass and oppress Plaintiff, On or about April 13, 2024, Plaintiff received verification documents from Defendant in response to Plaintiff's refusal to pay letter which constitutes a communication about the alleged debt.

11. Plaintiff has suffered actual damages as a result of these illegal collection communications by Defendant in the form of invasion of privacy, intrusion upon seclusion anger, anxiety, decreased productivity at work, frustration, and other negative emotions.

**FIRST CLAIM FOR RELIEF**
**(Jefferson Capital Systems, LLC)**
**15 U.S.C. §1692c(c)**

12. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. Debt Collector violated the FDCPA.

14. Debt Collector's violations include, but are not limited to the following:

    (a) Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by communicating with the consumer after the consumer notified Defendant in writing that Plaintiff refused to pay.

15. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages and costs.

## **JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(a)(1);

C. Statutory damages pursuant to 15 U.S.C 1692k(a)(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C 1692k(a)(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
Florida Bar no. 125159
Pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney