# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| VINEYVI GARCIA,<br><br>    Plaintiff,<br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>    Defendant. | Case No. 6:24-CV-00874-JSS-RMN |

## NOTICE OF PENDING SETTLEMENT

Defendant, Jefferson Capital Systems, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  The parties will file the appropriate dismissal documents with the Court when appropriate.

Date:  July 2, 2024            Respectfully submitted,

*/s/ Thomas J. Fox*
Thomas J. Fox, Esq.
Florida Bar No. 1050198
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2467
Facsimile: (877) 334-0661
tfox@sessions.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2024, a copy of the foregoing was filed electronically via CM/ECF. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Cortney Walters, Esq.
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
Pleadings@cewlawoffice.com
*Counsel for Plaintiff*

                          */s/ Thomas J. Fox*
                          Attorney