UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINEYVI GARCIA,

    Plaintiff,

v.   Case No: 6:24-cv-874-JSS-RMN

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.
_____/

## ORDER

Defendant filed a Notice of Pending Settlement informing the court that the parties have reached a settlement in this matter. (Dkt. 14.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within 60 days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**ORDERED** in Orlando, Florida on July 2, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record